# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

JANUARY 2020 GRAND JURY
(Impaneled 01/03/2020)

**THE UNITED STATES OF AMERICA**

*-vs-*                                    **INDICTMENT**

**PAUL E. LUBIENECKI**            Violation:

Title 18, United States Code, Section 2261A(2)
(1 Count)

### COUNT 1
### (Stalking)

**The Grand Jury Charges That:**

From on or about August, 20, 2019, to on or about February 4, 2020, in the Western District of New York, the defendant, **PAUL E. LUBIENECKI**, with the intent to harass and intimidate another person, that is, Victim 1, a person known to the Grand Jury, did use an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that placed Victim 1 in reasonable fear of death and serious bodily injury to Victim 1, and caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261A(2)(B).**

DATED: Buffalo, New York, June 2, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY: S/AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
aaron.mango@usdoj.gov

A TRUE BILL:

S/FOREPERSON