AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| United States of America | |
|---|---|
| v. | |
| PAUL E. LUBIENECKI | Case No. 20-CR- |
| *Defendant* | 20 CR - 77 |

*[Stamp: UNITED STATES DISTRICT FILED JUL 2 0 2020 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

*[Stamp: RECEIVED 2020 JUN -3 AM 11:35 US MARSHALS SERVICE WESTERN NEW YORK]*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **PAUL E. LUBIENECKI**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Section 2261A(2).

Date: __JUN 3, 2020__                                 _____Mary C. Loewenguth_____
                                                                          *Issuing officer's signature*

City and State: Buffalo, New York              MARY C. LOEWENGUTH
                                                                      CLERK OF THE COURT
                                                                      *Printed name and Title*

### Return

This warrant was received on *(date)* 6/3/2020, and the person was arrested on *(date)* 6/5/2020,
at *(city and state)* Buffalo, NY.

Date: 6/5/2020                                          _____Jenelle C Yaeger_____
                                                                     Executing / Arresting officer's signature

                                                                     Jenelle C Yaeger, Invest Research Spec
                                                                     *Printed name and title*