UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **DEFENDANT'S STATEMENT WITH RESPECT TO SENTENCING FACTORS** |
| v. | |
| PAUL E. LUBIENECKI, | Cri. No. 20-CR-77A |
| Defendant. | |

_____

      Defendant, Paul E. Lubienecki, through his attorneys, Personius Melber LLP, Rodney O. Personius, Esq., of counsel, does hereby adopt the factual statements and calculations under the *United States Sentencing Guidelines* set forth in the Pre-Sentence Investigation Report prepared by United States Probation Officer Lisa Ferraro.

      On behalf of Mr. Lubienecki, a sentencing memorandum and application for a non-*Guidelines* sentence will be filed in accordance with the scheduling order entered by the Court in reference to sentencing.

Dated: Buffalo, New York
       October 19, 2021.

/s/ **Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
 PAUL E. LUBIENECKI
2100 Main Place Tower
350 Main Street
Buffalo, NY  14202
(716)  855-1050
rop@personiusmelber.com

c:    AUSA Aaron Mango
       U.S. Attorney's Office
       Federal Centre
       138 Delaware Avenue
       Buffalo, NY  14202

U.S. Probation Officer Lisa Ferraro
U.S. Probation Office
2 Niagara Square
Buffalo, NY  14202