# Exhibit 1

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    02/13/2020

Alison Wesolowski, telephone number 585[redacted], spoke to the writer on the phone regarding her uncle, PAUL LUBIENECKI. After being advised of the identity of the interviewing Agent and the nature of the interview, Wesolowski provided the following:

Wesolowski is a residence of Irondequoit, New York and lives near the Seabreeze Amusement Park. Wesolowski told the writer that on February 11, 2020, LUBIENECKI called her and was extremely agitated that Christ the King Seminary was closing. He said it was particularly troubling because his wife, Teresa Lubienecki, worked there over 30 years. Wesolowski said LUBIENECKI told her on two occasions during the call, "I'm gonna get a gun!" On a few occasions during the call he said, "I'm gonna kill someone!" At the time, Wesolowski did not take the threats too seriously.

Wesolowski is concerned for her aunt's wellbeing. LUBIENECKI was always "anti-gun" but does have an irritable personality. He is self-righteous and thinks he is smarter and superior to others. Wesolowski said this is a mental health issue and he needs a mental health arrest.

Wesolowski believes that LUBIENECKI recently returned a birthday card to his brother-in-law, Charles Insalco. When returning the card, he also sent Insalco a threatening letter. Insalco lives on [redacted] in North Tonawanda. Wesolowski does not know any other details. She heard from an aunt and other family members that there was a threat in the letter.

**GOVERNMENT TRIAL EXHIBIT 3507A**

Investigation on   02/12/2020   at   Buffalo, New York, United States (Phone)

File #   [redacted]                                         Date drafted   02/13/2020

by   GARVER RANDALL E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000281

FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry    07/06/2021

Alison Wesolowski, address [REDACTED] Irondequoit, New York 14622, telephone number (585) [REDACTED] was interviewed at her residence by the writer. Also present for the interview were Assistant United States Attorney (AUSA) Aaron J. Mango and Legal Intern Lucy Shephard. After being advised of the identity of the interviewing Agent and the nature of the interview, Wesolowski provided the following:

Wesolowski's mother, Julianne Wesolowski, is the sister of Teresa Lubienecki, the wife of PAUL LUBIENECKI. Teresa Lubienecki's older brother is Charles "Chuck" Insalaco; Insalaco and his wife, Liz, are Wesolowski's uncle and aunt.

When Wesolowski was asked what she recalled about her February 11, 2020, phone call with LUBIENECKI, she stated that LUBIENECKI said several times, "I'm going to get a gun!" and "I'm going to kill someone!" LUBIENECKI was angry that Wesolowski's younger brother, Joseph Wesolowski (telephone number 585[REDACTED] a resident of Atlanta, Georgia) did not send the LUBIENECKI's a thank you note for a baby gift that Julianne brought to Joseph and his wife Alyssa. Wesolowski explained that Julianne visited her new grandson and personally carried the LUBIENECKI's baby gift with her. Wesolowski was worried about Teresa Lubienecki's well being, which prompted her phone call to her cousin, attorney Christopher Smolka. Smolka advised Wesolowski that she should contact law enforcement, which prompted her first call the the writer.

AUSA Mango read the substantive portion of the FD-302 prepared following her first phone call (serial 13). Wesolowski agreed that the report was an accurate representation of her call with the writer. The circumstances of the call were that LUBIENECKI was greatly upset about the closure of Christ the King Seminary and that Teresa Lubienecki was very much hurt by Joseph/Alyssa's not sending a thank you note for the baby gift.

**GOVERNMENT TRIAL EXHIBIT 3507B**

Investigation on 07/02/2021 at Irondequoit, New York, United States (In Person)

File # [REDACTED]    Date drafted 07/02/2021

by GARVER RANDALL E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000286

LUBIENECKI told Wesolowski to call Joseph and tell him to send a thank you note. Wesolowski sent a text to her brother and sister-in-law about the thank you note (placed in the 1A section of the case file). At the family's Christmas 2019 gathering, LUBIENECKI confronted Joseph and Alyssa about their being delinquent in sending a thank you note for the baby gift.

When asked about the threatening letter received by her Aunt Liz (Charles Insalaco's wife), Wesolowski advised she does not know the contents of the letter. Her under understanding was that her aunt sent LUBIENECKI a birthday card. The card was returned to the Insalaco residence because it was not addressed to "Doctor Lubienecki", along with the threatening letter. To the best of Wesolowski's knowledge, the Insalacos still have the letter.

Wesolowski's younger brother, Joseph is now 37 years old and, as stated above, resides with his family in Atlanta; his phone number is (585) ▇▇▇-▇▇▇▇. She has another brother, David Wesolowski, a 35 year old man who resides in Irondequoit with Julianne. When Joseph was about seven or eight years old, LUBIENECKI choked Joseph while playing football outside on Thanksgiving Day. Her father, Robert Wesolowski (deceased) and Charles Insalaco, intervened and wanted to fight LUBIENECKI, but he locked himself in a bathroom.

At the family's Christmas Day gathering about four years ago, Charles Insalaco attempted to shake LUBIENCKI's hand when he arrived, and LUBIENECKI refused.

Wesolowski said LUBIENECKI was kicked out of the Seminary as a young man and no one in the family knows the circumstances of his dismissal.

Sometime in likely 2015, Wesolowski attended a Garth Brooks concert and found herself sitting next to a Canisus High School teacher. At the time, LUBIENECKI was also teaching at Canisus. Wesolowski communicated with the co-worker but was guarded in what she said, knowing anything negative would easily get back to LUBIENECKI. Some time later, Wesolowski attended her sister's wedding and LUBIENECKI confronted her about the nasty things she said about LUBIENECKI to his co-worker. Wesolowski did not say anything negative about LUBIENECKI during the concert.

Wesolowski looked through her phone and found a November 17, 2019, text

Continuation of FD-302 of (U) Interview - Alison Wesoloski ,On 07/02/2021 ,Page 3 of 3

from LUBIENECKI indicating that if she wished to speak to him to call the home phone because his cell phone had been off for a period of weeks.

Insalaco's daughter is Alice Benham, telephone number (716) ███. She is a Gasport resident and may be able to assist the investigation.

Wesolowski took screen shots of four text messages that provide context to this report (two with Joseph and two with LUBIENECKI; placed in the 1A section of the case file).

Wesolowski is willing to testify on behalf of the government as to the content of the referenced phone call and information detailed herein, though it is her hope that she will not have to.



**Uncle Paul Cell** — Mobile

You are welcome to join us in Philly for 1 DAY

10/7/19 7:23 PM

Thank you

10/12/19 5:25 PM

Hi, Aunt T. needs to speak with your mom but she does not respond. Have her call A.T. Thanks, how r you?

11/4/19 8:50 AM

We were thinking about that Christmas craft show this weekend in canandaigua. Were u planning on going

11/9/19 10:13 AM

Hi, did u get my message Monday?

11/17/19 3:09 PM

Is this Alison? I had my phone turned off for the last few weeks. If u need me CALL @ home. Turning off cell phone again.

1/30/20 8:59 AM

GOVERNMENT TRIAL EXHIBIT 3507C





