# Exhibit 2

FD-302 (Rev. 5-8-10)

- 1 of 2 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry     02/14/2020

Charles Insalaco, date of birth (DOB) January ███ 1956, address ███████ ████████████████ North Tonawanda, New York, telephone number (716) ████████ ████ was interviewed at his home in the presence of his wife, Elizabeth Insalaco. After being advised of the identity of the interviewing Agent and the nature of the interview, Insalaco provided the following information:

Insalaco's younger sister is Teresa Lubienecki, the wife of PAUL LUBIENECKI. Years ago, Teresa was dating a man she was very much in love with. At the time she was employed as one of the librarians at Christ the King (CTK) Seminary. The man left her without any notice and she never heard from him again. PAUL LUBIENECKI had recently be involuntarily separated from CTK, where he was a seminarian. LUBIENECKI "swept her off her feet."

LUBIENECKI is exceptionally hard to get along with. He considers himself intellectually superior to everyone. At a family Thanksgiving dinner several years ago, LUBIENECKI engaged in a discussion with Insalaco when LUBIENECKI asked, "can you even read? Have you ever read a book?" At family gatherings, LUBIENECKI would hang around the kids usually because he had a hard time relating to the adults. Insalaco was always bothered by this because LUBIENECKI would get the kids wound up before something would cross the line; he would then tell the parent "you need to discipline your son." One incident, probably about 20 years ago, involved LUBIENECKI playing football in the yard with a bunch of the kids. One of Insalaco's nephews, then about 11 years old, called LUBIENECKI an "asshole". LUBIENECKI choked the boy, leaving marks and requiring adults to intervene to protect the minor.

Insalaco is not sure why LUBIENECKI never liked him or his wife. He suspects it is because they are high school graduates who worked "blue collar" jobs. Insalaco and his wife are both active in their church, ran

Investigation on    02/14/2020    at   Buffalo, New York, United States (In Person)

File #   305-BF-3005889-THREATS                              Date drafted    02/14/2020

by   GARVER RANDALL E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305-BF-3005889-THREATS

Continuation of FD-302 of  (U) Interview - Charles Insalaco                          , On  02/14/2020  , Page  2 of 2

the Little League, and were active in the community.  They get along really
well with just about everyone.  Insalaco thinks LUBIENECKI probably disliked
that he (LUBIENECKI) is not like that.  LUBIENECKI is originally from the
Philadelphia area and always speaks poorly of Buffalo, calling the people
stupid and remarking that there is no culture here.

FD-302 (Rev. 5-8-10)

- 1 of 1 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/18/2020

    This report is offered as a supplement to serial 18.

    Insalaco offered that PAUL LUBIENECKI wanted everyone, including family, to call him "Doctor" and include Ph.D. in his title.

    The pictures of the letter discussed in serial 18 are placed in the 1A (they were left out of serial 18 due to case agent oversight).

Investigation on   02/14/2020   at   Buffalo, New York, United States (In Person)

File #   305-BF-3005889-THREATS                          Date drafted   02/14/2020

by   GARVER RANDALL E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



Happy Birthday

Charles T Insalaco
1305 E Robinson St
N Tonawanda NY 14120-4866

Mr. Paul Dulmerecki PHD
4898 Springway Lane
Hamburg, NY 14075

GOVERNMENT
TRIAL EXHIBIT
027

000327





Instead, be kind to each other, tenderhearted, forgiving one another, just as God through Christ has forgiven you

Ephesians 4:32

Here's hoping you'll
find happiness
in all that you do!

*Happy Birthday*

Peace
Chuck & Lj.

000329

Your bizarre behavior, indicative by the "message" in this card, is continued proof that you should not have any contact with the undersigned.

Be guided accordingly.

Dr. Paul Lubienecki

000330