IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.　　　　　　　　　　　　　　　　　20-CR-77-A

PAUL E. LUBIENECKI,

           Defendant.

---

## PROTECTIVE ORDER

    Pursuant to Title 18, United States Code, Section 3771(a)(8), the government has filed a motion requesting that this Court issue a Protective Order permitting the filing of victim impact statements from the victim, victim's wife, and victim's mother and restitution requests under seal. The government has requested a Protective Order limiting the dissemination of the victim impact statements filed in conjunction with the sentencing which is pending in this action.

    **NOW**, upon motion of the government, it is hereby

    **ORDERED**, that the victim impact statements submitted in the above-referenced case shall be received under seal; and it is further

    **ORDERED**, that material and copies referenced described above shall not be disclosed to the media or any other person or entity except to those persons who, by reason of their participation in the proceeding, are entitled. Nothing shall prohibit a party from

using the material in connection with the proceedings in this litigation, including appeal or any collateral enforcement proceedings; and it is further

**ORDERED**, that copies of the above-described materials shall not be provided to third parties except those employed or engaged for the purpose of this litigation, who shall also be bound by order of the Court.

DATED:   Buffalo, New York, November __7__, 2021.

/s/ Richard J. Arcara
HON. RICHARD J. ARCARA
United States District Court